IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEILA HORTON, individually, and on behalf of all others similarly situated, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FEDCHOICE FEDERAL CREDIT UNION and DOES 1 through 10, | : | No. 16-0318 |
| Defendants. | : | |

# ORDER

AND NOW, this 12th day of October, 2016, upon consideration of Defendants' Motion to Stay or Dismiss the Complaint in Favor of Binding Arbitration (Doc. No. 11), Plaintiff's Opposition Brief (Doc. No. 15), and Defendants' Reply Brief (Doc. No. 18), **I HEREBY ORDER** that:

1. Defendants' Motion to Stay or Dismiss the Action in Favor of Binding Arbitration is **DENIED**.

2. Within 20 days of the issuance of this order, the parties shall jointly submit a schedule governing discovery on the issue of arbitrability.

3. At the conclusion of discovery, I will issue a scheduling order regarding the filing of a renewed motion to compel arbitration, if necessary.

/s/ *J. William Ditter, Jr.*
J. WILLIAM DITTER, JR., J.